Commonwealth *v*. Rishe, Appellant.

Submitted June 9, 1969. *Alan R. Krier*, for appellant; *Amos Davis*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Rogers, Appellant.

Argued June 13, 1969. *J. Michael Williamson*, Public Defender, for appellant; *Alan W. Lugg*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v*. Rought, Appellant.

Submitted June 9, 1969. *Ernest J. Gazda, Jr.*, for appellant; *Harry P. O'Neill*, Assistant District Attorney, and *Joseph J. Cimino*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below dismissing appellant's petition under the Post Conviction Hearing Act is vacated and the case remanded for a hearing on the issues raised by the petition.

WRIGHT, P. J., would affirm the order below.